IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALTER SHEGOG, JR. | ) |
| | ) |
| v. | ) NO. 3-16-CV-1971 |
| | ) JUDGE CAMPBELL |
| JASON WOODARD, et al. | ) |

ORDER

Plaintiff has filed a Motion to Withdraw 1983 Civil Law Suit (Docket No. 14).  Accordingly,

this action is DISMISSED, and the Clerk is directed to close the file. This Order shall constitute the

final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE